[242 Pac. 449. Dec. 14, 1925.]

STATE, Appellee, v. Clay DUNLAP et al., Appellants. (No. 2968.) SAME v. A. S. STEWART, Appellant. (No. 2969.) SAME v. Claude WELLS, Appellant. (No. 2979.) SAME v. E. A. SHEDOUDY, Appellant. (No. 2983.) SAME v. Dominic CUNICO, Appellant. (No. 2993.) SAME v. Robert L. BLEDSOE, Appellant. (No. 3040.)

SAME v. J. H. SINGER, Appellant. (No. 3041.)

In No. 2968, 2969, 2979.

Appeal from District Court, Quay County; Leib, Judge.

In Nos. 2983, 2993.

Appeal from District Court, Colfax County.

In Nos. 3040, 3041.

Appeal from District Court, Curry County.

O. O. Askren, of Santa Fe, for appellant Dunlap.

Roy Prentice, of Tucumcari, for appellant Stewart.

R. A. Prentice, of Tucumcari, for appellant Wells.

Fred J. Voorhees, of Raton, for appellant Shedoudy.

H. A. Kiker, of Raton, for appellant Cunico.

Fitzhugh & Fitzhugh, of Clovis, for appellants Bledsoe and Singer.

J. W. Armstrong, Atty. Gen., and J. P. Bujac, Asst. Atty. Gen., for the State.

PER CURIAM. Each of the defendants in the above-entitled causes was convicted under sections 1 and 2, c. 118, Laws of 1923, which, as we have just held in State v. Armstrong, No. 2947, 242 P. 440, not as yet [officially] reported, are violative of section 18, art. 4, of the Constitution of this state. The judgment in each of said causes must therefore be reversed and remanded, with direction to discharge the accused.